UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) ) ) ) | No. 13 Cr 695-2 |
| v. | ) ) ) ) ) | Judge Edmond E. Chang |
| Brian McMahon | ) | |

**ORDER**

Initial appearance and arraignment proceedings held. Mr. Michael J. Petro appeared on behalf of defendant. Defendant informed of his rights, the nature of the charges, and the maximum potential penalties. Defendant acknowledged receipt of the indictment, waived formal reading, and entered a plea of not guilty on all counts against him. Local Rule 16.1 conference and disclosures to be completed by 10/18/2013. The Court reviewed the proposed conditions of release, and entered an Order Setting Conditions of Release. Defendant shall be released after processing. Status hearing set for 10/23/2013 at 10:00 a.m. Without objection, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), time is excluded under the Speedy Trial Act to serve the ends of justice from 09/06/2013 through 10/23/2013. Specifically, this excludable period is necessary to allow Defendant and defense counsel time to review the discovery materials and to confer with one another, and to enter plea negotiations with the government, if they so choose. (X-T)

ENTERED:

    s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: September 17, 2013